

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Paul Anthony Lyttle<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:17 - CR - 140 -C<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

  Upon motion of ____defendant____, IT IS ORDERED that a detention hearing is set for __3/21/17__ , ____, at __8:30__ ☒ a.m. / ☐ p.m. before the Honorable _____, in Courtroom __20__.

  Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
  _(Other custodial officer)_

Dated: __3/16/17__         _____
                                    U.S. District Judge/Magistrate Judge

---
**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                                Page 1 of 1